UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

LATOYA STEWART,

        Plaintiff,

    v.

COASTAL COMMUNITY BANK,

        Defendant.

CASE NO. 2:25-cv-00907-DWC

ORDER DENYING MOTION FOR COUNSEL

      Plaintiff Latoya Stewart, proceeding *pro se*, filed this action pursuant to Title VII of the Civil Rights Act of 1964 and the Age Discrimination in Employment Act of 1967. *See* Dkt. 1. Currently pending in this action is Plaintiff's motion for court-appointed counsel. Dkt. 5.

      There is generally "no constitutional right to counsel in a civil case." *Adir Int'l, LLC v. Starr Indem. & Liab. Co.*, 994 F.3d 1032, 1038–39 (9th Cir. 2021) (internal citation omitted). However, in employment discrimination cases arising under Title VII, the Court may appoint counsel "upon application by the complainant and in such circumstances as the court may deem just." 42 U.S.C. § 2000e-5(f)(1). When considering a request for counsel for Title VII claims, the Court assesses the applicant's financial resources, efforts the applicant has already made to

1  secure counsel, and whether the claim has merit. *Bradshaw v. Zoological Soc'y of San Diego*,
2  662 F.2d 1301, 1318 (9th Cir. 1981).
3        Here, Plaintiff appears to have limited financial resources and states she has attempted to
4  contact over 20 attorneys. But, it is not clear Plaintiff has properly served Defendant Coastal
5  Community Bank and it is difficult to discern if Plaintiff's claims have merit. As it is too early to
6  determine if Plaintiff's case has merit, Plaintiff's motion for court-appointed counsel (Dkt. 5) is
7  denied without prejudice.
8        Dated this 4th day of June, 2025.

David W. Christel
United States Magistrate Judge